**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

James E. Wise, Appellant.

Appellate Case No. 2013-000196

Appeal From Newberry County
Frank R. Addy, Jr., Circuit Court Judge

Unpublished Opinion No. 2014-UP-224
Heard April 1, 2014 – Filed June 18, 2014

**AFFIRMED**

James E. Wise, pro se.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: Rule 29(a), SCRCrimP ("Except for motions for new trials based on after-discovered evidence, post-trial motions shall be made within ten (10) days after the imposition of the sentence."); *State v. Taylor*, 348 S.C. 152, 160-61, 558

S.E.2d 917, 921 (Ct. App. 2001) (noting a motion for a verdict in arrest of judgment is a post-trial motion), *aff'd*, 355 S.C. 392, 585 S.E.2d 303 (2003); *State v. Campbell*, 376 S.C. 212, 215, 656 S.E.2d 371, 373 (2008) ("[A] trial judge is without jurisdiction to consider a criminal matter once the term of court during which judgment was entered expires."); *id.* at 216, 656 S.E.2d at 373 ("[I]f [a] motion is not made within ten days of sentencing, the court will be without jurisdiction to entertain the motion.").

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.